**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-728**

---

In Re: CARRINGTON LAMONT HARRELL,

Petitioner.

---

On Petition for Writ of Mandamus.
(CR-90-27-G, CA-97-263)

---

Submitted: November 20, 1997     Decided: December 18, 1997

---

Before MURNAGHAN, MICHAEL, and MOTZ, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Carrington Lamont Harrell, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Carrington Lamont Harrell brought this mandamus petition seeking an order directing the district court to rule on his objections to the report of a magistrate judge. The district court ruled on the objections and adopted and affirmed the report by order dated October 29, 1997. Accordingly, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not significantly aid the decisional process.

PETITION DENIED